IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-101-BR

| MEAGAN G. MATT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FIFTH THIRD BANK, INC., | ) | |
| Defendant. | ) | |

This matter is before the clerk on motion for leave of court to file motions manually by Kathie L. Russell, plaintiff's counsel. Ms. Russell is admitted to practice in this court, but she is not yet an electronic filer in this jurisdiction. D.E. 9, attch. She has registered for the training. Id. Therein, Ms. Russell seeks leave to file documents manually in this case until she receives her log-in and password for the CM/ECF system for this court. The undersigned finds that there is good cause for the motion, and it is GRANTED.

The notice of appearance shall be accepted and filed in paper form, and she shall have through and including **May 30, 2018**, to continue to file documents manually.

SO ORDERED. This the 2nd day of April, 2018.

/s/ Peter A. Moore, Jr.
Peter A. Moore, Jr.
Clerk of Court